**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RECEIVED
AUG 0 8 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

In Re

COMMVAULT SYSTEMS, INC.
SECURITIES LITGATION

Civil Action No.: 14-5628 (PGS)

ORDER

Whereas, this matter having been opened to the Court a Motion to Certify Class by Arkansas Teacher Retirement System (ECF No. 102) and scheduled for oral argument on August 9, 2017;

Whereas, the Court having ordered the parties to Mediation on June 13, 2017;

IT IS on this 8th day of August 2017

ORDERED that the Motion to Certify Class (ECF No. 102) is adjourned to November 22, 2017 at 12pm.

_____
PETER G. SHERIDAN, U.S.D.J.

Parties:

Please be advised the above motion is adjourned until November 29, 2017 at 2:00 PM.

SO ORDERED: _____
DATED: 11/15/17