# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | MICHAEL CROSS |
| | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |
| | | | | +MEMBER FL BAR ONLY |

November 22, 2017

<u>**VIA ECF**</u>

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    *In re CommVault Systems, Inc. Securities Litigation*,
                  Master File No. 14-5628 (PGS)(LHG)

Dear Judge Sheridan:

      We, along with Lead Counsel Bernstein Litowitz Berger & Grossmann LLP, are counsel for Lead Plaintiff Arkansas Teacher Retirement System in the above referenced matter. As the Court is aware, the parties have reached a settlement in principle and are working diligently on finalizing the related documents memorializing the proposed settlement. The parties are in agreement on nearly all material terms of the settlement and only one issue remains to be resolved. Accordingly, it is expected that Lead Plaintiff's Motion for Preliminary Approval of the Class Settlement, will be filed by early December. In light of these circumstances, the parties have agreed to administratively terminate, without prejudice, Plaintiffs' Motion for Class Certification (ECF No. 102), which has not been fully briefed. The parties also respectfully request that Your Honor adjourn or cancel the argument currently scheduled for November 29, 2017 on that motion.

      We are hopeful that the approach set forth above meets with Your Honor's approval. If it is acceptable to Your Honor, we respectfully request that the Court "So Order" this letter and return "filed" copy to us via the Court's ECF system. Of course, should the Court have any questions concerning the parties' proposal, we are available at your convenience.

The Honorable Peter G. Sheridan
November 22, 2017
Page 2

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

cc:  All counsel (via ECF)